UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | 4:14CR00022-3 |
| CHRISTOPHER CRIMLEY | ) ) | |

### ORDER

The defendant, Christopher Crimley, has filed a motion for early termination of supervision. In support of his motion, the defendant indicates he has complied with his conditions of supervision by following the rules and living a productive life.

The Court commends the defendant for his compliance with the conditions of supervision through the first sixteen (16) months of the supervised release term. While the defendant's compliance is noteworthy, the Court must carefully weigh favorable adjustment to supervision against the offense of conviction and other factors. Based on the nature of the instant offense and the extent of the defendant's criminal history, the Court finds that continued supervision of this defendant remains necessary at this time.

The defendant's motion for early termination of supervision is **DENIED**.

**SO ORDERED** this 5th day of February, 2022.

_____
William T. Moore, Jr.
Judge, U.S. District Court